**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 29 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.:  3:11-CR-223-K (02)** |
| | ) | |
| **LEOPOLDO RUBINO-ZAMORA** | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

LEOPOLDO RUBINO-ZAMORA , by consent, under authority of United States v. Dees,

125 F.3d 261 (5ᵗʰ Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has

entered a plea of guilty to **Count 1 of the 2 Count Indictment** filed on August 2, 2011.   After

cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule

11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   September 29, 2011

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).